**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Brigido GUZMAN–VARGAS,**
**Defendant–Appellant.**

No. 07–11152
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 25, 2007.

Chet Kaufman, Randolph P. Murrell, Federal Public Defenders, Tallahassee, FL, Thomas S. Keith, Federal Public Defender's Office, Pensacola, FL, for Defendant–Appellant.

Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before BLACK, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Brigido Guzman–Vargas ("Guzman") in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Guzman's conviction and sentence is **AFFIRMED.**